UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH JR.,

Plaintiff,

-against-

NYPD OFFICER P.O. BRIAN A. FRANCO (TAX ID. NO. 979167); THE CITY OF NEW YORK; NYPD OFFICERS THAT WORKED SECURITY DATE OF THE INCIDENT (ONES THAT DETAINED PLAINTIFF),

Defendants.

26-CV-8288 (AS)

ORDER OF SERVICE

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants violated his federal constitutional rights and his rights under state law. By order dated September 25, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. For the reasons set forth below, the Court (1) requests that Officer Franco and the City of New York waive service of summons; and (2) directs the New York City Police Department ("NYPD") to assist Plaintiff and the Court in identifying the remaining officers Plaintiff seeks to sue.

## DISCUSSION

### A. Waiver of service

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that NYPD Officer Brian A. Franco (Tax ID #979167) and the City of New York waive service of summons.

**B. *Valentin* order**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the NYPD to identify the NYPD officers that participated in Plaintiff's September 11, 2025 arrest at Mount Sinai Hospital. It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the NYPD, must ascertain the identity and badge number of each John Doe NYPD officer whom Plaintiff seeks to sue here and the address where the defendant may be served.[1] The Law Department must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the John Doe defendant(s). The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking the newly named Defendants to waive service.

**CONCLUSION**

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that NYPD Officer Brian A. Franco (Tax ID #979167) and the City of New York waive service of summons and that the New York City Law Department respond as directed in the *Valentin* order.

[1] If the Doe defendant is a current or former NYPD employee or official, the Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving NYPD defendants.

The Clerk of Court is also directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: October 8, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge